IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ASHRAF NAGM, M.D.,              }
       *Plaintiff(s)*         }
                                }
v.                              }     CIVIL ACTION NO. H-04-2132
                                }
UNIVERSITY OF TEXAS HEALTH      }
SCIENCE CENTER AT HOUSTON, *et al.*  }
       *Defendant(s)*         }

## FINAL JUDGMENT

Pursuant to the memorandum order of this date, the Court granted Defendants' motions to dismiss and ordered that Plaintiff's action was dismissed with prejudice. Accordingly, the Court hereby enters final judgment in favor of Defendants. Plaintiff takes nothing and bears all costs of action.

**SO ORDERED** at Houston, Texas, this 11th day of May, 2005.

                                              MELINDA HARMON
                                      UNITED STATES DISTRICT JUDGE